**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RUSSELL BERRY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERCADIEN, P.C., CPAS, and ORRSTOWN BANK,<br><br>Defendants. | Case No. 1:26-cv-01803-JFS<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED<br><br>Judge Joseph F. Saporito, Jr. |

## JOINT STIPULATION AND ORDER TO STAY PROCEEDINGS PENDING MEDIATION

Plaintiff Russell Berry ("Plaintiff") and Defendants Mercadien, P.C., CPAS ("Mercadien") and Orrstown Bank ("Orrstown") (collectively, "Defendants" and together with Plaintiff, the "Parties"), by and through their undersigned counsel of record, stipulate as follows.

**WHEREAS,** Plaintiff filed his Class Action Complaint ("Complaint") in this action against Defendants on June 29, 2026. ECF No. 1;

**WHEREAS**, Orrstown waived service of the Complaint on July 1, 2026, thereby making its response to the Complaint due on August 31, 2026 (ECF No. 5), and Mercadien waived service of the Complaint on July 22, 2026, thereby making its response to the Complaint due on September 18, 2026 (ECF No. 11);

**WHEREAS**, this action is related to several actions that have been filed and consolidated in the United States Court for the District of New Jersey under the caption *In re Mercadien, P.C., CPAS*, No. 3:26-cv-01773-MAS-TJB. *See id.*, ECF Nos. 14, 17;

**WHEREAS**, the Parties in the consolidated action, including Mercadien and Orrstown, have schedule a mediation session for October 7, 2026, with a private mediator skilled in mediating

cybersecurity cases such as this one and, pursuant to the Parties' request, the Court in the consolidated action has entered an Order staying all deadlines pending completion of the mediation and ordering that a status report be filed with the Court by October 15, 2026. *See id.*, ECF Nos. 14, 19; and

**WHEREAS,** the Parties in this action agree that a stay of the case pending the scheduled mediation—including staying the time for Defendants' expected responses to the Complaint—will allow the Parties to focus on mediation, and respectfully submit would be a more efficient use of time for the Court, as well as for the Parties, than engaging in motion to dismiss briefing;

The Court **ORDERS**:

1. This matter and all applicable deadlines shall be stayed pending the Parties' mediation scheduled for October 7, 2026;

2. The Parties shall file a joint report to the Court on the results of mediation on or before October 15, 2026;

3. Defendants are not required to file a responsive pleading to the Complaint pursuant to Federal Rule of Civil Procedure 12, until further Order of the Court; and

4. Should the Parties be unable to resolve the case at or following mediation, the Parties shall include in their joint report to the Court a proposed schedule for the filing of Defendants' anticipated motions to transfer or dismiss the Complaint.

**IT IS SO ORDERED**:

DATED: ___________________, 2026

_______________________________
HON. JOSEPH F. SAPORITO, JR.
United States District Judge

**AGREED TO BY:**

Dated: August 10, 2026

By: /s/ Tyler S. Graden
Tyler S. Graden (PA 205844)
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
tgraden@ktmc.com

Jason H. Alperstein
(admitted pro hac vice)
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Tel: (973) 994-1700
Fax: (973) 994-1744
jalperstein@carellabyrne.com

*Attorneys for Plaintiff and the Proposed Class*

By: /s/ Len A. Fisher
Len A. Fisher
**PIERSON FERDINAND**
1650 Market St., Suite 3600
Philadelphia, PA 19103
Tel: (215) 902-3179
Len.fisher@pierferd.com

*Attorney for Defendant Mercadien, P.C., CPAS*

By: /s/ Jonathan M. Wilan
Jonathan M. Wilan (*pro hac vice* forthcoming)
**SIDLEY AUSTIN LLP**
1501 K Street, N.W.
Washington, D.C. 200005
Tel: (202) 736-8000
jwilan@sidley.com

*Attorney for Defendant Orrstown Bank*